**Dismissed and Opinion Filed June 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00170-CV

**ALEXANDER AGUIRRE, Appellant**
**V.**
**SERRANO PROPERTIES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-00255-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated April 8, 2015, we informed appellant that the Dallas County Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


150170F.P05

 /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALEXANDER AGUIRRE, Appellant

No. 05-15-00170-CV          V.

SERRANO PROPERTIES, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-00255-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SERRANO PROPERTIES recover its costs of this appeal from appellant ALEXANDER AGUIRRE.

Judgment entered June 15, 2015.